Jeffrey D. Vanacore
PERKINS COIE LLP
30 Rockefeller Plaza
New York, NY 10112
212.262.6900

Presentment Date and Time
May 4, 2016 at 12:00 Noon

*Attorneys for Manhattan Mini Storage LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

Chapter 7
Case No. 16-10781 (SHL)

In re

Lauren Haeyong Chung,

        Debtor.

-----------------------------------------------------------x

### NOTICE OF PRESENTMENT OF CONSENT ORDER LIFTING THE AUTOMATIC STAY AND ALLOWING MMS TO TAKE POSSESSION OF STORAGE UNIT AND SELL OR DISPOSE OF CONTENTS AND OPPORTUNITY FOR HEARING

PLEASE TAKE NOTICE that upon the annexed Consent Order of Manhattan Mini Storage LLC, the undersigned will present the attached proposed order to the Honorable Sean H. Lane, United States Bankruptcy Judge, for signature on May 4, 2016 at 12:00 noon.

PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: New York, New York  **PERKINS COIE LLP**
April 26, 2016

 /s/ Jeffrey D. Vanacore
By: Jeffrey D. Vanacore, Esq.

*Attorneys for Manhattan Mini Storage LLC*
30 Rockefeller Plaza
22nd Floor
New York, NY 10112
212.262.6900