Jeffrey D. Vanacore
PERKINS COIE LLP
30 Rockefeller Plaza
New York, NY 10112
212.262.6900

Attorneys for Manhattan Mini Storage LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re                                                                          Chapter 7

Lauren Haeyong Chung,                                            Case No. 16-10781 (SHL)

               Debtor.
----------------------------------------------------------x

**CONSENT ORDER LIFTING THE AUTOMATIC STAY
AND ALLOWING MMS TO TAKE POSSESSION OF
<u>STORAGE UNIT AND SELL OR DISPOSE OF CONTENTS</u>**

Upon the consent of the parties hereto, whose signatures are affixed below, it is hereby:

ORDERED, that notice is adequate and complete and no further notice is required, including, but not limited to, notice that may otherwise have been required under Section 182 of the New York Lien Law and that all required notices have been provided and Debtor consents to this Order; and it is further

ORDERED, that pursuant to 11 U.S.C. 362(d), the automatic stay is lifted with respect to the Storage Unit located at 420 East 62nd Street New York, NY 10065, MMS Location Number 420, CBA Number18166, Unit Number 420-09-01-52 <u>and</u> the Storage Unit located at 420 East 62nd Street New York, NY 10065, MMS Location Number 420, CBA Number 15034, Unit Number, 420-09-07-05 (collectively, both units the "Units"), and it is further

130313194.2

ORDERED, that on <u>May 21, 2016</u>, MMS is entitled to reclaim possession of the Units and dispose of the contents in any manner it deems appropriate in its sole and absolute discretion (including by sale, disposal or otherwise) and shall have no liability whatesover; and it is further

ORDERED, the Debtor waives any claims against MMS, whether under Section 182 of the New York Lien law or any other applicable law; and it is further

ORDERED, that the executory contract with the Debtor is terminated; and it is further

ORDERED, that prior to <u>May 21, 2016</u>, the Debtor may remove any items she wishes from the Units during regular business hours and the Debtor has abandoned her interests in any property that has not been removed from the Units by said date; and it is further

ORDERED, that nothing in this Order shall affect MMS's right to file a proof of claim in the case; and it is further

ORDERED, that any and all claims the Debtor may have against MMS through the date set forth herein for MMS to reclaim possession of the Units are extinguished; and it is further

ORDERED, this Order is effective in any future bankruptcy filing and no further relief from the automatic stay is required in the event of a further filing;

130313194.2

Dated: New York, New York          By*:   /s/ Randy M. Kornfeld*
      April 25, 2016                         Randy M. Kornfeld
                                                                      Kornfeld & Associates, P.C.
                                                                    rkornfeld@kornfeldassociates.com
                                                                    570 Lexington Avenue
                                                                    17th Floor
                                                                    New York, NY  10022

Dated: New York, New York          By:   */s/ Lauren Haeyong Chung*
      April 25, 2016                         Lauren Haeyong Chung
                                                                    Laurenchung2003@yahoo.com
                                                                    1100 Madison Ave,
                                                                    Apt. 3L
                                                                    New York, NY  10028

Dated: New York, New York          By:   */s/ Jeffrey D. Vanacore*
      April 26, 2016                         Jeffrey D. Vanacore
                                                                    Perkins Coie, LLP
                                                                    jvanacore@perkinscoie.com
                                                                    30 Rockefeller Plaza
                                                                    New York, NY  10112

Dated: May 9, 2016

*/s/ Sean H. Lane*
UNITED STATES BANKRUPTCY JUDGE

130313194.2